## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 06-409(1 & 2) (DWF/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| Gerriod Tyrone Simpson, a/k/a "Gerried Tyrone Simpson," and Jessica Lavender Gross, | |
| Defendants. | |

---

Jeffrey S. Paulsen, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Blair W. Nelson, Esq., Blair W. Nelson, Ltd., counsel for Defendants.

---

Based upon the Report and Recommendation of United States Chief Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED:**

1. That the Motion of the Defendant Jessica Lavender Gross for Suppression of Evidence Obtained from Search and Seizure (Doc. No. 21) is **DENIED**.

2. That the Motion of the Defendant Jessica Lavender Gross for Suppression of Statements (Doc. No. 21) is **DENIED, AS MOOT**.

3. That the Motion of the Defendant Gerriod Tyrone Simpson for Suppression of Evidence Obtained from Search and Seizure (Doc. No. 25) is **DENIED**.

4. That the Motion of the Defendant Gerriod Tyrone Simpson for Suppression of Statements (Doc. No. 26) is **DENIED, AS MOOT**.

Dated: February 28, 2007          s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  Judge of United States District Court